UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

| | | |
|---|---|---|
| AUGUSTO TOJ, | : | 26-Cv-5000 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| TAQUERIA EL CEBOLLIN CORP. d/b/a Taqueria El Cebollin and Feliciano Vera Andrade, | : | |
| Defendants. | : | |

--------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

A pretrial conference having been held today, with counsel for defendant present, and counsel for plaintiff appearing by telephone,

IT IS HEREBY ORDERED that:

1. There will be a mid-discovery status conference on October 28, 2026, at 2:30 p.m. via MS Teams. The dial-in information will be emailed to the parties;

2. The last day for completion of fact discovery is January 7, 2027; and

3. This matter is being referred to the Court-annexed Mediation Program.

Dated: New York, New York
August 28, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.